IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KELLY ETIENNE,
    Plaintiff,

vs.                                     Case No.: 3:11cv622/LAC/EMT

WARDEN CENTURY C.I.,
    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 5, 2012 (doc. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of mandamus is **DENIED** and this cause is **DISMISSED**.

**DONE AND ORDERED** this 5th day of March, 2012.

                                            s/*L.A. Collier*
                                            **LACEY A. COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**